IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROUND ROCK RESEARCH, LLC,  )
                                          )
            Plaintiff,              )
                                          )
     v.                             )   C.A. No. 12-569 (SLR)
                                          )
SANDISK CORPORATION,        )
                                          )
            Defendant.              )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the time for the defendant to move, answer or otherwise respond to the Complaint is

extended to July 9, 2012.

FARNAN LLP                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian E. Farnan*                          */s/ Jack B. Blumenfeld*

_____                _____
Brian E. Farnan (#4089)                        Jack B. Blumenfeld (#1014)
919 North Market Street                        1201 North Market Street
12th Floor                                     P.O. Box 1347
Wilmington, DE  19801                          Wilmington, DE  19899
(302) 777-0300                                 (302) 658-9200
bfarnan@farnanlaw.com                          jblumenfeld@mnat.com

*Attorneys for Plaintiff*                      *Attorneys for Defendant*


SO ORDERED this _____ day of May 2012.



_____
                                          J.