IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 12-569-SLR |
| | ) |
| SANDISK CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 14th day of October, 2014, having reviewed the letters and declarations submitted by the parties in connection with Round Rock's allegation that it has been prejudiced by SanDisk's disclosure of a "brand-new, late-breaking [non-infringement] theory" (D.I. 206 at 3);

IT IS ORDERED that, absent a consensual resolution to this dispute, the experts shall appear in my courtroom to explain their respective positions to me in person (with allowance for cross-examination), as it remains unclear to me how the accused functionality is so complicated that SanDisk was not able to identify its non-infringement theory earlier, which theory appears to be inconsistent with the record created through fact discovery. The parties shall coordinate - through my chambers staff - their schedules with mine to establish a date for the hearing.

_____
United States District Judge