IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

REDACTED

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 12-569-SLR |
| | ) |
| SANDISK CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## VERDICT SHEET

Dated: January 27, 2014

We, the jury, unanimously find as follows:

## I. U.S. Patent No. 6,728,798 ("the '798 patent")

### A. Infringement

1. Has Round Rock proven, by a preponderance of the evidence, that SanDisk has directly infringed the following claims of the '798 patent by making, using, selling, or importing the accused SanDisk SD, SDHC, SDXC, microSD, microSDHC, microSDXC, and iNAND products in/into the United States?

> *Checking "yes" below indicates a finding for Round Rock.*
> *Checking "no" below indicates a finding for SanDisk.*

| | | |
|---|---|---|
| Claim 4 | Yes ____ | No  X  |
| Claim 7 | Yes ____ | No  X  |
| Claim 17 | Yes  X  | No ____ |
| Claim 19 | Yes  X  | No ____ |
| Claim 20 | Yes  X  | No ____ |
| Claim 21 | Yes ____ | No  X  |

*Continue to the next page.*

2. For the accused SD, SDHC, SDXC, microSD, microSDHC, microSDXC, and iNAND products, has Round Rock proven, by a preponderance of the evidence, that after May 3, 2012, SanDisk induced others to directly infringe the following claims of the '798 patent?

*Checking "yes" below indicates a finding for Round Rock.*
*Checking "no" below indicates a finding for SanDisk.*

Claim 4      Yes _____    No __X__

Claim 7      Yes _____    No __X__

Claim 21     Yes _____    No __X__


3. For the accused SD, SDHC, SDXC, microSD, microSDHC, microSDXC, and iNAND products, has Round Rock proven, by a preponderance of the evidence, that after May 3, 2012, SanDisk contributed to the infringement of the following claims of the '798 patent?

*Checking "yes" below indicates a finding for Round Rock.*
*Checking "no" below indicates a finding for SanDisk.*

Claim 4      Yes _____    No __X__

Claim 7      Yes _____    No __X__

Claim 21     Yes _____    No __X__


*Continue to the next page.*

3

## B. Invalidity

4. Has SanDisk proven, by clear and convincing evidence, that the following claims of the '798 patent are invalid based on anticipation?

*Checking "yes" below indicates a finding for SanDisk.*
*Checking "no" below indicates a finding for Round Rock.*

Claim 4   Yes _X_   No _____

Claim 7   Yes _X_   No _____

Claim 17  Yes _X_   No _____

Claim 19  Yes _X_   No _____

Claim 20  Yes _X_   No _____

Claim 21  Yes _X_   No _____

*Continue to the next page.*

## II. U.S. Patent No. 6,948,041 ("the '041 patent")

### A. Infringement

5. Has Round Rock proven, by a preponderance of the evidence, that SanDisk has directly infringed the following claims of the '041 patent by making, using, selling, or importing the accused SanDisk iNAND products in/into the United States?

> *Checking "yes" below indicates a finding for Round Rock.*
> *Checking "no" below indicates a finding for SanDisk.*

Claim 1   Yes _X_   No _____

Claim 18   Yes _____   No _X_

Claim 23   Yes _____   No _X_

Claim 27   Yes _____   No _X_

***If you check no for claim 23, please answer question 6.***
***If you check yes for claim 23, please move to question 7.***

6. Has Round Rock proven, by a preponderance of the evidence, that SanDisk has directly infringed under the doctrine of equivalents claim 23 of the '041 patent by making, using, selling, or importing the accused SanDisk iNAND products in/into the United States?

> *Checking "yes" below indicates a finding for Round Rock.*
> *Checking "no" below indicates a finding for SanDisk.*

Claim 23   Yes _____   No _X_

*Continue to the next page.*

5

7. Has Round Rock proven, by a preponderance of the evidence, that after May 3, 2012, SanDisk induced others to directly infringe the following claims of the '041 patent?

*Checking "yes" below indicates a finding for Round Rock.*
*Checking "no" below indicates a finding for SanDisk.*

Claim 1   Yes ____   No _X_

Claim 27  Yes ____   No _X_

8. Has Round Rock proven, by a preponderance of the evidence, that after May 3, 2012, SanDisk contributed to the infringement of claim 27 of the '041 patent?

*Checking "yes" below indicates a finding for Round Rock.*
*Checking "no" below indicates a finding for SanDisk.*

Claim 27  Yes ____   No _X_

**B. Invalidity**

9. Has SanDisk proven, by clear and convincing evidence, that the following claims of the '041 patent are invalid based on anticipation?

*Checking "yes" below indicates a finding for SanDisk.*
*Checking "no" below indicates a finding for Round Rock.*

Claim 1   Yes _X_   No ____

Claim 18  Yes _X_   No ____

Claim 27  Yes _X_   No ____

*Continue to the next page.*

10. Has SanDisk proven, by clear and convincing evidence, that claim 23 of the '041 patent is invalid as obvious?

> *Checking "yes" below indicates a finding for SanDisk.*
> *Checking "no" below indicates a finding for Round Rock.*

Claim 23    Yes  X     No _____

*Continue to the next page.*