IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 12-569-SLR |
| ) | |
| SANDISK CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 4th day of February, 2015, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. SanDisk's motion for partial summary judgment of non-infringement of the '719 patent (D.I. 283) is denied.

2. Round Rock's motion for summary judgment that claims 1, 2, 9, 13, 28 and 31 of the '719 patent are not anticipated by U.S. Patent No. 6,456,528 to Chen or U.S. Patent No. 5,930,167 to Lee et al (D.I. 280) is granted.

3. SanDisk's motion for partial summary judgment that claims 1, 2, 9, 13 and 28 of U.S. Patent No. 8,060,719 are invalid as anticipated by U.S. Patent App. Pub. No. 2009/0049234 to Oh et al. ("Oh") (D.I. 285) is granted.

4. Round Rock's motion for summary judgment that claim 31 of the '719 patent is not anticipated by Oh (D.I. 280) is granted.

_____
United States District Judge